UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

WILLIAM E. PUTMAN, II,

      Plaintiff,         Case Number 23-10427
v.                 Honorable David M. Lawson
                  Magistrate Judge Patricia T. Morris
COUNTY OF TUSCOLA, CORRECTIONAL
HEALTHCARE COMPANIES, LLC,
JOSEPH NATOLE, M.D., JANE DOE, LPN,
GLEN SKRENT, ROBERT BAXTER,
BRIAN HARRIS, KYLE NORDSTROM,
and RYKER MAURER

        Defendants.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION AND GRANTING MOTION TO SUBSTITUTE PLAINTIFF

Presently before the Court is the report issued on February 2, 2026 by Magistrate Judge Patricia T. Morris pursuant to 28 U.S.C. § 636(b) recommending that the Court grant the pending motion to substitute William Putman III, the personal representative of the estate of William E. Putman II, as the plaintiff in place of the deceased William E. Putman II. The deadline for filing objections to the report has passed, and no objections have been filed. The parties' failure to file objections to the report and recommendation waives any further right to appeal. *Smith v. Detroit Fed'n of Teachers Local 231*, 829 F.2d 1370, 1373 (6th Cir. 1987). Likewise, the failure to object to the magistrate judge's report releases the Court from its duty to independently review the matter. *Thomas v. Arn*, 474 U.S. 140, 149 (1985). However, the Court agrees with the magistrate judge's findings and conclusions.

Accordingly, it is **ORDERED** that the report and recommendation (ECF No. 77) is **ADOPTED**, and the motion to substitute (ECF No. 74) is **GRANTED**.

- 2 -

It is further **ORDERED** that William Putman III, the personal representative of the estate of William E. Putman II, is **SUBSTITUTED** as the plaintiff in place of the deceased William E. Putman II.  The clerk shall amend the case caption.

s/David M. Lawson
DAVID M. LAWSON
United States District Judge

Dated:   July 16, 2026

- 2 -